AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED _____ LODGED
_____ RECEIVED
DEC 12 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ17-5137
)
iPhone Cellular Phone with Target )
Telephone Number 360-591-1088 )
)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated herein by this reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_Any U.S. Magistrate Judge in Western Dist. of WA_       .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  08/25/2017 10:05am    _____David Christel_____
                                              Judge's signature

City and state:  Tacoma, Washington        Hon. David W. Christel, United States Magistrate Judge
                                              *Printed name and title*


2016R00334

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: MJ17-5137 | Date and time warrant executed: 9/5/2017 | Copy of warrant and inventory left with: Provided via discovery |

Inventory made in the presence of: N/A (phone already in FBI poss.)

Inventory of the property taken and name of any person(s) seized:

2x hard drives from Cellebrite

2x Blu-Ray Disks as investigative copies of above images or FBI created images.

2x DVD disks with FBI agent "bookmarks" of potential evidentiary digital files.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/12/2017

Received: 12/13/17

DW Christel
Mag. Judge

Executing officer's signature

Special Agent, FBI
Printed name and title

2016R00334

# ATTACHMENT A
## DESCRIPTION OF ITEMS TO BE SEARCHED

1) SUBJECT DEVICE: STOCKER'S iPhone which was assigned number 360-591-1088 at the time of its seizure on July 20, 2017 and was taken from the possession of STOCKER. The phone is currently located in an FBI secure evidence storage facility located in Seattle, WA.

# ATTACHMENT B
# ITEMS TO BE SEIZED

The items to be seized are the following items or materials that may contain evidence of the commission of, the fruits of, or property which has been used as the means of committing federal criminal violations of Conspiracy to Distribute Controlled Substances and Distribution of Controlled Substances, in violation of Title 21, United States Code, Sections 841 and 846; Honest Services Fraud, in violation of Title 18, United States Code, Section 1343 and 1346; and Deprivation of Civil Rights, in violation of Title 18, United States Code, Section 242:

From 2010 to the present, all data included in the memory of the SUBJECT DEVICE which may tend to show identity, location, purpose, plan or knowledge of any person, organization, or personal association of STOCKER with:

a. drug trafficking activities,
b. the exchange of sexual activity for benefits in prison, and/or
c. the deprivation of an inmate's civil rights within a prison facility

which may include photographs and/or videos; telephone directories, address books, or any other type of communication contact lists; content of e-mails, text messages, voice mail, or any other type of electronic correspondence; and evidence of phone calls, text messages, and any other electronic correspondence such as communications logs which may be stored on the SUBJECT DEVICE.

ATTACHMENT B - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-380