Magistrate Judge Christel

FILED _____ LODGED
_____ RECEIVED

Jul 23, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

iPhone Cellular Phone with Target Telephone Number 360-591-1088

NO. MJ17-5137

GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT RELATED MATERIALS WITH LIMITED REDACTION AND ORDER

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Justin W. Arnold, Assistant United States Attorney for said District, requests entry of an order unsealing the search warrant, application, affidavit in support, Exhibit 1, and accompanying return ("search warrant and related materials") filed in the above captioned matter, with one limited redaction to protect the identity of a civilian not charged in this case. The Court previously directed that the search warrant and related materials be sealed at the government's request. The materials were to remain sealed until further order of the Court.

The law provides that search warrant related materials may remain under seal during the pendency of an investigation. See *United States v. Custer Battlefield Museum*, 658 F.3d 1188, 1192-93 and 1196 (9th Cir. 2011). In addition, the government may seek an order continuing to maintain the materials under seal even after the return of an

UNITED STATES' MOTION TO UNSEAL - 1
Search Warrant MJ17-5137

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

indictment or the closure of an investigation based on compelling reasons. *Id. at 1195.* Those reasons can include the need to (1) protect the identity and safety of witnesses, (2) protect the integrity of other investigations, (3) avoid risk of flight, tampering with witnesses, or destruction of evidence, (4) protect a national security concern, (5) protect a matter occurring before the grand jury, (6) protect victims, or (7) protect the safety of the target of the investigation.

Upon review of the files in this matter, and with due consideration of the factors identified above, the government has determined there is no longer a compelling reason to maintain the materials under seal and respectfully requests entry of the attached order.

DATED this 23rd day of July, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ Justin W. Arnold
JUSTIN W. ARNOLD
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-7970
Fax:        (206) 553-0885
E-mail:     Justin.Arnold@usdoj.gov

UNITED STATES' MOTION TO UNSEAL - 2
Search Warrant MJ17-5137

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

Based upon the government's Motion, and the representations made therein, the Government's Motion to Unseal is GRANTED.

IT IS HEREBY ORDERED that the search warrant, application, affidavit in support and accompanying return previously filed under seal in the above-captioned matter shall be UNSEALED.

DATED this 23rd day of July, 2020.

*DW Christel*

DAVID W. CHRISTEL
United States Magistrate Judge

UNITED STATES' MOTION TO UNSEAL - 3
Search Warrant MJ17-5137

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970